Order issued October 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-01143-CV

---

### LAKEITH AMIR-SHARIF, Appellant

V.

### QUICK TRIP CORPORATION AND CHESTER CADIEUX, Appellees

---

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

---

## ORDER

By letters dated August 22, 2012 and September 18, 2012, we directed Gary Fitzsimmons, the Dallas County District Clerk, to file (1) a supplemental clerk's record containing a copy of any contest to appellant Lakeith Amir-Sharif's June 8, 2012 affidavit of inability to pay costs and any order on the contest, or (2) written verification that the requested documents do not exists or cannot be located. *See* TEX. R. APP. P. 34.5(c)(1). To date, the Court has not received a response.

Accordingly, we **ORDER** Gary Fitzsimmons, the Dallas County District Clerk, to file, within **TEN DAYS** of the date of this order, either the requested record or written verification that the documents cannot be located or do not exist.

We DIRECT the Clerk to electronically transmit a copy of this order to the Dallas County District Clerk.

ELIZABETH LANG-MIERS
JUSTICE